IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| HENRY SEBASTION ROHDEN | § § | |
| v. | § § | 2:03-CR-0046 (1) |
| UNITED STATES OF AMERICA | § | |

### ORDER OVERRULING DEFENDANT'S OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING DEFENDANT'S "RULE 60(b)(6) MOTION"

Came for consideration the "Rule 60(b)(6) Motion" filed September 13, 2012 by defendant HENRY SEBASTION ROHDEN. On May 3, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the Rule 60(b)(6) motion be denied. On May 16, 2013, defendant filed objections to the Report and Recommendation.

Having made an independent examination of the record in this case, the undersigned United States District Judge hereby OVERRULES the objections filed by defendant and ADOPTS the Report and Recommendation of the United States Magistrate Judge. Accordingly, the motion for relief from judgment under Rule 60(b)(6) filed by defendant is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _21st_ day of _May_ 2013.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE